DANE W. ANDERSON, ESQ.
California Bar No. 212530
WOODBURN AND WEDGE
6100 Neil Road, Suite 500
Reno, Nevada 89511
Telephone: (775) 688-3000
danderson@woodburnandwedge.com

Attorneys for Regional Transportation
Commission of Washoe County

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPPER SOUTH EAST COMMUNITIES COALITION, <br><br> Plaintiff, <br><br> v. <br><br> U.S. ARMY CORPS OF ENGINEERS; LT. GEN. THOMAS P. BOSTICK, in his official capacity, Chief of Engineers and Commanding General, U.S. Army Corps of Engineers; COL. MICHAEL J. FARRELL, in his official capacity, District Commander, Sacramento District, U.S. Army Corps of Engineers; and MICHAEL S. JEWEL, Chief, Regulatory Division, Sacramento District, U.S. Army Corps of Engineers. <br><br> Defendants. | Case No. 2:15-cv-00930-JAM-DAD <br><br> **STIPULATION AND ORDER TO ALLOW THE REGIONAL TRANSPORTATION COMMISSION OF WASHOE COUNTY <u>TO INTERVENE</u>** <br><br> Date: June 17, 2015 <br> Time: 9:30 a.m. <br> Courtroom: 6 <br> Judge: Honorable John A. Mendez |

The parties hereto stipulate as follows:

1. The action filed by Plaintiff, UPPER SOUTH EAST COMMUNITIES COALITION ("USECC"), seeks a declaration that Defendants', U.S. ARMY CORPS OF ENGINEERS; LT. GEN. THOMAS P. BOSTICK, in his official capacity, Chief of Engineers and Commanding General, U.S. Army Corps of

-1-

Engineers; COL. MICHAEL J. FARRELL, in his official capacity, District Commander, Sacramento District, U.S. Army Corps of Engineers; and MICHAEL S. JEWEL, Chief, Regulatory Division, Sacramento District, U.S. Army Corps of Engineers (collectively, "the Corps"), issuance of a Section 404 Permit violated federal law and the USECC requests the Court to issue a preliminary injunction requiring the Corps to rescind or suspend the Section 404 Permit.

2. A valid Section 404 Permit is required to enable the Regional Transportation Commission of Washoe County ("RTC") to proceed with the construction of Phase II of its SouthEast Connector roadway.

3. The RTC filed a Motion to Intervene as a matter of right and for permissive intervention on May 8, 2015.

4. For good cause and in order to prevent any unnecessary delays, the parties agree to the Court allowing the RTC to intervene for all purposes.

DATED this 12th day of May, 2015.   DATED this 12th day of May, 2015.

UNITED STATES DEPARTMENT OF JUSTICE

By: */s/ Peter K. Dykema  (as authorized on 05/11/15)*
Peter Kryn Dykema, GOVT
Washington DC Bar No. 419349
601 D. Street NW
Washington, DC 20044

Davene Dashawn Walker
PO Box 7611, Ben Franklin Station
Washington, DC 20044

Attorneys for Defendants

SHUTE, MIHALY & WEINBERGER LLP

By: */s/ Winter King (as authorized on 05/11/15)*
Winter King
California State Bar No. 237958
396 Hayes Street
San Francisco, CA 94102

Attorneys for Plaintiff

///

///

///

1  DATED this 12th day of May, 2015.

2        WOODBURN AND WEDGE

3  By:   */s/ Dane W. Anderson*_____
       Dane W. Anderson
4         California State Bar No. 212530
5         6100 Neil Road, Suite 500
       Reno, NV 89511
6         Attorneys for Intervenor, Regional
7         Transportation Commission of
       Washoe County

## **ORDER**

IT IS SO ORDERED.

DATED this 13th day of May, 2015

                /s/ John A. Mendez_____
                United States District Court Judge