1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPPER SOUTH EAST COMMUNITIES COALITION,<br><br>     Plaintiff,<br><br>     v.<br><br>U.S. ARMY CORPS OF ENGINEERS; LT. GEN. THOMAS P. BOSTICK, in his official capacity, Chief of Engineers and Commanding General, U.S. Army Corps of Engineers; COL. MICHAEL J. FARRELL, in his official capacity, District Commander, Sacramento District, U.S. Army Corps of Engineers; and MICHAEL S. JEWELL Chief, Regulatory Division, Sacramento District, U.S. Army Corps of Engineers.<br><br>     Defendants.<br><br>REGIONAL TRANSPORTATION COMMISSION OF WASHOE COUNTY,<br><br>     Intervenor Defendant. | Case No. 2:15-cv-00930-JAM-DAD<br><br>**ORDER SHORTENING TIME FOR HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

TO ALL PARTIES:

1. On April 29, 2015, Plaintiff Upper Southeast Communities Coalition ("Plaintiff") filed the instant action, challenging the actions of Defendants U.S. Army Corps of Engineers et al. ("Defendants") under the Federal Water Pollution Control Act, commonly referred to as the Clean Water Act ("CWA"), 33 U.S.C. § 1251 *et seq.*; the National Environmental Policy Act, 42 U.S.C. § 4321 *et seq.* ("NEPA"); the Administrative Procedure Act, 5 U.S.C. § 701 *et seq.* ("APA"); and the CWA and NEPA implementing regulations;

2. On May 6, 2015, Plaintiff filed a motion for preliminary injunction, and reserved June 17, 2015 as the next available, regular civil motion hearing date;

3. On May 15, 2015, pursuant to Local rule 144(e), Plaintiff, Defendants, and Defendant Intervenor Regional Transportation Commission of Washoe County conferred and Plaintiff filed an Unopposed Application for Order Shortening Time for Hearing on Plaintiff's Motion for Preliminary Injunction, and a stipulation and declaration in support thereof, in which Plaintiff requested that this Court hear Plaintiff's motion for preliminary injunction on June 1, or as soon thereafter as is convenient for the Court. Neither Defendants nor Defendant Intervenor opposes Plaintiff's motion;

4. The Court finding good cause, Plaintiff's Application for Order Shortening Time for Hearing on Plaintiff's Motion for Preliminary Injunction is GRANTED.

THEREFORE IT IS ORDERED AS FOLLOWS: Plaintiff's motion for preliminary injunction shall be heard at **9:30 a.m**. **on June 3, 2015**, in Courtroom 6 of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814, 14th floor. Defendants' and Defendant Intervenor's responses or oppositions and supporting papers shall be filed and served no later than **May 20, 2015**. Plaintiff's reply and supporting papers shall be filed and served no later than **May 26, 2015.**

IT IS SO ORDERED.

DATED: 5/15/2015

/s/ John A. Mendez

HON. JOHN A. MENDEZ

1

[PROPOSED] ORDER SHORTENING TIME FOR HEARING ON MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 2:15-cv-00930-JAM-DAD