FILED
June 23, 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPPER SOUTH EAST COMMUNITIES COALITION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. ARMY CORPS OF ENGINEERS; LT. GEN. THOMAS P. BOSTICK, in his official capacity, Chief of Engineers and Commanding General, U.S. Army Corps of Engineers; COL. MICHAEL J. FARRELL, in his official capacity, District Commander, Sacramento District, U.S. Army Corps of Engineers; and MICHAEL S. JEWELL Chief, Regulatory Division, Sacramento District, U.S. Army Corps of Engineers.<br><br>Defendants.<br><br>REGIONAL TRANSPORTATION COMMISSION OF WASHOE COUNTY,<br><br>Intervenor Defendant. | Case No. 2:15-cv-00930-JAM-DAD<br><br>[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION
CASE NO. 2:15-cv-00930-JAM-DAD

1 | For the reasons stated by the Court, as indicated in the transcript attached to this Order as
2 | Exhibit A, IT IS HEREBY ORDERED THAT the Plaintiff's motion for a preliminary
3 | injunction is DENIED.

IT IS SO ORDERED.

DATED: June 23, 2015

_____
HON. JOHN A. MENDEZ

690458.1