WINTER KING (CA Bar No. 237958)
JOSEPH D. PETTA (CA Bar No. 286665)
SHUTE, MIHALY & WEINBERGER LLP
396 Hayes Street
San Francisco, California 94102
Telephone: (415) 552-7272
Facsimile: (415) 552-5816
Email: king@smwlaw.com

Attorneys for Plaintiff Upper South East Communities Coalition

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UPPER SOUTH EAST COMMUNITIES COALITION,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. ARMY CORPS OF ENGINEERS; LT. GEN. THOMAS P. BOSTICK, in his official capacity, Chief of Engineers and Commanding General, U.S. Army Corps of Engineers; COL. MICHAEL J. FARRELL, in his official capacity, District Commander, Sacramento District, U.S. Army Corps of Engineers; and MICHAEL S. JEWELL, Chief, Regulatory Division, Sacramento District, in his official capacity, U.S. Army Corps of Engineers.<br><br>    Defendants.<br><br>REGIONAL TRANSPORTATION COMMISSION OF WASHOE COUNTY,<br><br>    Intervenor Defendant. | Case No. 2:15−CV−00930−JAM−EFB (TEMP)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

It having been stipulated by and between the parties to this action through their designated counsel of record, the Court hereby orders that the above-captioned action be and hereby is dismissed, and that each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: November 19, 2015

/s/ John A. Mendez
Hon. John A. Mendez
U. S. District Court Judge for the Eastern District of California